UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Damita C. Johnson El Bey, f/k/a
Damita Collette Johnson
      Plaintiff(s),

Case No. 4:13-cv-12170

v.

Judge Terrance G. Berg

Bank of America, N.A., et al.

Magistrate Judge Mona K. Majzoub

      Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, __Bank of America, N.A.__
[Name of Party]

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes [X]    No [ ]

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: __Bank of America Corporation__
   Relationship with Named Party: __Parent__

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes [X]    No [ ]

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name: __Bank of America Corporation__
   Nature of Financial Interest: __Parent__

Date: __May 16, 2013__

/s/ Brian C. Summerfield
Signature
P57514
Bar No.
1901 St. Antoine St., 6th Floor at Ford Fiel[d]
Street Address
Detroit, Michigan 48226
City, State, Zip Code
313-259-7777
Telephone Number
bsummerfield@bodmanlaw.com
Primary Email Address

## CERTIFICATE OF SERVICE

I hereby certify that on **May 16, 2013**, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

In addition, I served the foregoing paper via U.S. Mail to:

Damita C. Johnson El Bey
19845 Fielding
Detroit, MI 48219

/s/ *Brian C. Summerfield*