United States District Court
In The Eastern District of Michigan Southern Division

DAMITA C. JOHNSON EL BEY f.k.a.
DAMITA COLLETTE JOHNSON
    Claimant/Plaintiff
    [In Propria Persona]

                        Honorable Terrence G. Berg

                        Magistrate Judge Mona K. Majzoub

                        Case No. 13-cv-12170

vs.

BANK OF AMERICA N.A. d.b.a. BAC HOME
LOANS SERVICING, LP; THE BANK OF NEW
YORK MELLON; MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS INC.

    Respondents/Defendants

FILED 2013 JUN 20 P 2:23 U.S. DIST. COURT CLERK EAST DIST. MICH DETROIT

## PLAINTIFF'S MOTION TO REMAND
## DEFENDANTS NOTICE OF REMOVAL FROM STATE COURT

Plaintiff Damita C. Johnson El Bey f.k.a. Damita C. Johnson [In Propria Persona] respectfully, moves that this honorable court enter an Order pursuant to 28 USC Sec. 1447, abstaining from hearing [Case No. 13-cv-12170] and remanding this proceeding to the [Applicable State Court]. In Support of this motion, [Plaintiff] states the reasons are set forth as follows in the attached Reply Brief.

    * I **Minister Damita C. Johnson El Bey** am of the age of maturity to make this Motion to Remand and the testimonial facts herein for the Court Record

    * I **Minister Damita C. Johnson El Bey** am mentally competent to make this official Motion to Remand of Testimonial facts for the Court Record

    * I **Minister Damita C. Johnson El Bey** have personal knowledge of the facts in this testimony and Motion to Remand

[All Statements made of record are made under penalties of perjury pursuant to ISIS Constitution, U.S. Constitution, & Title 28 USCA Section 1746

    I **Minister Damita C. Johnson El Bey** of the International Indigenous Society Cherokee Choctaw Aboriginal Nation am an Aboriginal and Indigenous living being on the land and reserve all of My Indigenous rights.

_Damita C Johnson El Bey_
Authentication-Seal-Signature

### CERTIFICATE OF ACKNOWLEDGMENT OF NOTARY PUBLIC

State Republic __MICHIGAN__
County/Borough/Parish __WAYNE__
This document was acknowledged before me on __JUNE 20, 2013__ [Date]

_(Signature of Officer)_
My commission expires: __MARCH 10, 2020__



```
DONALD F. GAY JR.
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF WAYNE
My Commission Expires March 10, 2020
Acting in the County of WAYNE
```

1